■ In the Matter of INGRID D. WILLIAMS (Admitted as INGRID DENYSE WILLIAMS), a Suspended Attorney, Respondent. [614 NYS2d 103] —Application to strike respondent's name from the roll of attorneys and counselors-at-law in the State of New York is denied, the crime of which respondent has been convicted is deemed a "serious crime", and the matter referred to the Departmental Disciplinary Committee for a hearing on the issue of the appropriate sanction, and pending receipt of the report, the order of suspension shall remain in full force and effect. No opinion. Concur—Sullivan, J. P., Carro, Rosenberger, Kupferman and Ross, JJ.